# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 22-1563V**
**Filed: October 13, 2026**

| | |
|---|---|
| DENISE ROJAS HERNANDEZ,<br><br>Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | Special Master Horner |

*Howard Scott Gold, Gold Law Firm, Wellesley, MA, for petitioner.*
*Crystal Fialkowski, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING ATTORNEYS' FEES AND COSTS[1]

On October 20, 2022, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10, *et seq.*[2] ("Vaccine Act"). Petitioner alleged that she suffered "a reaction which was diagnosed as a mass, cyst or other neoplasm on her left shoulder" as a result of her October 23, 2019 tetanus-diphtheria-acellular pertussis ("Tdap") vaccination. (ECF No. 1.) On March 17, 2026, a decision was issued awarding compensation based on a stipulation between the parties. (ECF No. 37.) On October 6, 2026, petitioner filed a motion seeking an award for attorneys' fees and costs in the total amount of $14,970.11. (ECF No. 41.)

In his response, filed October 11, 2026, respondent stated:

---

[1] Because this document contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the document will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

> Respondent does not object to the overall amount sought, as it is not an unreasonable amount to have been incurred for proceedings in this case to date. Respondent's lack of objection to the amount sought in this case should not be construed as admission, concession, or waiver as to the hourly rates requested, the number of hours billed, or the other litigation related costs.

(ECF No. 42.)

The Vaccine Act permits an award of reasonable attorneys' fees and costs. § 300aa-15(e). In light of respondent's response, and based on the reasonableness of petitioner's request overall, the undersigned **GRANTS** petitioner's motion for attorneys' fees and costs in the requested amount.

**In light of the above, petitioner is awarded attorneys' fees and costs in the total amount of $14,970.11 to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.[3]

**IT IS SO ORDERED.**

**s/Daniel Horner**
Daniel Horner
Special Master

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.